UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER & LISA HANCOCK,

    Plaintiff,                                      CASE NO. 3:11-cv-00387

v.

H&P CAPITAL, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiffs, CHRISTOPHER & LISA HANCOCK, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiffs anticipate will be completed within the next 30 days.

Plaintiffs therefore request that this honorable Court vacate all dates currently set on calendar for the present matter.

                                    RESPECTFULLY SUBMITTED,

                                    By: /s/ James Pacitti
                                        James Pacitti (FBN: 119768)
                                        Krohn & Moss, Ltd
                                        10474 Santa Monica Blvd, Suite 401
                                        Los Angeles, CA 90025
                                        Phone: (323) 988-2400 x 230
                                        Fax: (866) 385-1408
                                        jpacitti@consumerlawcenter.com
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Dale E. Workman, Attorney for Defendant, by the Court's CM/ECF system.

/s/ James Pacitti
James Pacitti
Attorney for Plaintiff