FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 JUN -3 PM 3: 45

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**CHRISTOPHER & LISA HANCOCK,**
  **Plaintiffs,**

v.                                                  Case No.: 3:11-cv-387-J-20MCR

**H&P CAPITAL, INC.,**
  **Defendant.**
_____/

### ORDER

This matter is before this Court on Plaintiffs' Notice of Settlement (Dkt. 5). In this notice, Plaintiff indicates this matter has been settled. Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 3rd day of June, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
James Pacitti, Esq.
Dale E. Workman, Esq.