**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER & LISA HANCOCK,

      Plaintiff,                      CASE NO. 3:11-cv-00387

v.

H&P CAPITAL, INC.,

      Defendant.

_____/

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

      CHRISTOPHER & LISA HANCOCK (Plaintiffs), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, H&P CAPITAL, INC. (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: _/s/ Shireen Hormozdi_____
      Shireen Hormozdi, Esq.
      FBN: 882461
      KROHN & MOSS, LTD.
      10474 Santa Monica Blvd, Suite 401
      Los Angeles, CA 90025
      T: (323) 988-2400 ext. 230
      F: (866) 802-0021
      shormozdi@consumerlawcenter.com
      *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Dale E. Workman, Attorney for Defendant, by the Court's CM/ECF system.

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff