**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 SEP 29 AM 9: 22

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**CHRISTOPHER & LISA HANCOCK,**

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO. 3:11-cv-387-J-20-MCR

**H&P CAPITAL, INC.,**

　　　　Defendant.
_____/

## O R D E R

This matter is before this Court on Plaintiffs' "Notice of Voluntary Dismissal" (Doc. 7).

Accordingly, it is so **ORDERED**:

1. The Plaintiffs' "Notice of Voluntary Dismissal" (Doc. 7) is hereby **GRANTED** and this action is **Dismissed with Prejudice**;

2. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 28th day of September, 2011.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HARVEY E. SCHLESINGER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to:
James D. Pacitti, Esq.
Shireen Hormozdi, Esq.